# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MANDY VALENTIN, | : | No. 152 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ARIA HEALTH PHYSICIAN SERVICES, | : | |
| D/B/A ARIA ALLMED COMPREHENSIVE | : | |
| CARE CENTER, CHRISTINE WANJERI- | : | |
| HASEN, D.O., JONATHAN OSTROFF, | : | |
| D.O., ARIA HEALTH, ARIA HEALTH | : | |
| SYSTEM, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.